Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District of Massachusetts |
|---|---|
| Name (under which you were convicted): Eugene A. Rida, Jr. | Docket or Case No.: 97-40009 |
| Place of Confinement: F.C.I. Coleman | Prisoner No.: 800 52 038 |
| UNITED STATES OF AMERICA v. Gino Rida a/k/a Eugene A. Rida, Jr. | Movant (include name under which you were convicted) |

05 11305 NMG

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   United States District Court  District of Massachusetts  One Courthouse Way
   Boston, Massachusetts 02110

   (b) Criminal docket or case number (if you know): CR 97-40009-NMG

2. (a) Date of the judgment of conviction (if you know): March 10, 2000

   (b) Date of sentencing: March 10, 2000

3. Length of sentence: 120 months consecutive to state sentence

4. Nature of crime (all counts): Count 1: racketeering; Count 2: conspiracy;
   Count 3: conspiracy to commit murder in aid of racketeering; Count 4: 924(c);
   Count 19: conspiracy to use violence in aid of racketeering; Count 20:
   attempt to commit murder in aid of racketeering

5. (a) What was your plea? (Check one)
   (1) Not guilty ❑     (2) Guilty ☒     (3) Nolo contendere (no contest) ❑

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count
   or indictment, what did you plead guilty to and what did you plead not guilty to?
   Defendant pled guilty to Count 19 of the indictment charging him with conspiracy to
   to commit a violent crime in aid of racketeering activity - 18 U.S.C.§ 1959 (a)(5)
   The remaining counts 1, 2, 3, 4, and 20 were dismissed.

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ❑   Judge only ❑

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☒
8. Did you appeal from the judgment of conviction?    Yes ☐    No ☒
9. If you did appeal, answer the following:

    (a) Name of court: _____

    (b) Docket or case number (if you know): _____

    (c) Result: _____

    (d) Date of result (if you know): _____

    (e) Citation to the case (if you know): _____

    (f) Grounds raised: _____

    _____

    _____

    _____

    _____

    _____

    (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

    If "Yes," answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: _____

    _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

    (5) Grounds raised: _____

    _____

    _____

    _____

    _____

    _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☐    No ☒

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

Page 4

 (4) Nature of the proceeding: _____

 (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

 (6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ❏ No ❏

 (7) Result: _____

 (8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

 (1) Name of court: _____

 (2) Docket or case number (if you know): _____

 (3) Date of filing (if you know): _____

 (4) Nature of the proceeding: _____

 (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

 (6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ❏ No ❏

 (7) Result: _____

 (8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

 (1) First petition: Yes ❏ No ❏

 (2) Second petition: Yes ❏ No ❏

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Defendant's sentence was enhanced pursuant to U.S.S.G. § 2A2.1(b)(2) in violation of his Sixth Amendment Jury Trial Right.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Defendant pled guilty to conspiracy to use violence in connection with racketeering activity. The judge enhanced the base offense level by four (4) levels pursuant to U.S.S.G. § 2A2.1(b)(2) over the objection of trial counsel. The enhancement was based upon judical fact finding by a preponderance of the evidence standard both of which were subsequently rejected by the Supreme Court. Defendant did not then have the option of submitting this issue to a jury or having the underlying facts evaluated and determined on the reasonable doubt standard.

_____

_____

_____

_____

(b) Direct Appeal of Ground One:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑   No ❑

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑   No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❏   No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❏   No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❏   No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

GROUND TWO: __Defendant's sentence was enhanced (U.S.S.G. § 2A2.1(b)(2))__ by facts
__found by a preponderance of the evidence rather than beyond a reasonable__ doubt
__standard which is the standard of proof constitutionally required.__
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

__See supportive facts stated in Ground One of Page 5__

_____

_____

_____

_____

_____

_____

_____
_____

(b) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑   No ❑

    (2) If you did not raise this issue in your direct appeal, explain why: _____
_____
_____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑   No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____
_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑   No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑   No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑   No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____
_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**(b) Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑   No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(c) Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑   No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

   Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

   Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

**(b) Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

13. Is there any ground in this motion that you have **not** previously presented in some federal court?

    If so, which ground or grounds have not been presented, and state your reasons for not presenting them: neither ground one (1) or two (2) has been presented to a federal court because the grounds developed after the time for filing an appeal expired and this is defendant's first post conviction action.

    _____

    _____

    _____

14. Do you have any motion, petition, or appeal **now pending** (filed and not decided yet) in any court for the judgment you are challenging?    Yes ☐    No ☒

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

    _____

    _____

    _____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging: ***

    (a) At preliminary hearing: Brian Buckley, Esquire  370 Main Street  Worcester, MA 01608

    (b) At arraignment and plea: Arraignment - Brian Buckley   Plea - Herbert Travers, III, Esq. 370 Main Street, Suite 600, Worcester, MA 01608

    (c) At trial: Brian Buckley, Esquire

    (d) At sentencing: Herbert Travers, III, Esquire

    *** The case was initially tried. The jury could not reach a verdict. Prior to re-trial, defendant changed atorneys and pled guilty to the charge cited above.

Page 12

(e) On appeal: _____

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ❏   No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ❏   No ❏

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

    _____

    (b) Give the date the other sentence was imposed: _____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ❏   No ❏

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* This motion is based upon the Supreme Court's decision in Blakely v. Washington U.S. 124 S.Ct. 2531 (2004) and United States v. Booker U.S. 542 125 S.Ct 738 (2005) Blakely was decided on June 23, 2004. Defendant submits that this petition is timely because it is being filed within one (1) year of the decision in Blakely. The earlier of the two (2) cases is Blakely. The issue of retroactivity had not, to the defendant's knowledge, been finally decided in the Supreme Court.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

  A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
    (1) the date on which the judgment of conviction became final;
    (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
    (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief: vacate defendant's sentence and to resentence defendant at offense level 27 criminal history category III

or any other relief to which movant may be entitled.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed ~~in the prison mailing system~~ on June 21, 2005 _____ (month, date, year).   Federal Express to the Court

Executed (signed) on June 21, 2005 (date).

Signature of ~~Movant~~
Attorney (ABOVE)

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. person signing is defendant's attorney, Mr. Rida is not signing due to time constraints on this petition.

IN FORMA PAUPERIS DECLARATION

[Insert appropriate court]
* * * * *