UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Eugene Rida, Jr.
           Petitioner

CIVIL ACTION

V.

NO. 1:05-CV-11305 NMG

United States of America
           Respondent

ORDER

Gorton,           D. J.

Pursuant to Rule 4(b) of the Rules Governing Section 2255 cases, the Clerk of this Court is hereby ordered to serve a copy of the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody upon the office of the United States Attorney.

It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an answer (or other responsive pleading) to the Motion to Vacate, Set Aside or Correct Sentence.

6/23/05                            /s/ Nathaniel M. Gorton
Date                               United States District Judge

(2255 Service Order.wpd - 12/98)

I hereby certify on 6-23-05 that the foregoing document is true and correct copy of the electronic docket in the captioned case
☐ electronically filed original filed on 6-23-05
☒ original filed in my office on _____
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk
617-748-4073

[2255serv.]