```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

EUGENE RIDA, JR.              )
                              )
                              )
        V.                    )    CIV. NO. 05-CV-11305-NMG
                              )
                              )
UNITED STATES OF AMERICA      )
```

**GOVERNMENT'S MOTION FOR MORE TIME TO RESPOND TO EUGENE RIDA'S PETITION FOR HABEAS CORPUS PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 2255**

Now comes the United States, Respondent, and seeks additional time to respond to Eugene A. Rida, Jr.'s Petition for Habeus Corpus, pursuant to Title 28, United States Code, Section 2255. In support of this request, the United States avers as follows:

On June 22, 2005, the Petition of Eugene Rida was docketed. On June 23, 2005, the Court issued an Order directing the United States to file a response within 20 days of receipt of the Order. The Order was received by the United States Attorney's Office on June 24, 2005. The undersigned Assistant U.S. Attorneys, who prosecuted the criminal case involving Mr. Rida and who would therefore be responsible for responding to his Petition, did not receive the Order until July 7, 2005.[1] In addition, Mr. Rida's Petition was not included with the Court's Order. Therefore, the Petition itself was not received until obtained from PACER on July 8, 2005.

---

[1] The undersigned was on sick leave June 27-30 and working at home July 1-6, 2005.

The undersigned has not had sufficient time to review the Petition and research and prepare an appropriate response. In addition, Mr. Rida pleaded guilty and was sentenced in 2000. Records concerning the circumstances of his plea (including his plea agreement, wherein he agreed to waive his right to appeal and bring collateral challenges) are not readily accessible to the undersigned.

Wherefore, the United States request an additional 60 days, until September 12, 2005 to respond to Mr. Rida's Petition.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                     By:   /s/ Jeffrey Auerhahn
                                JEFFREY AUERHAHN
                                Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

This is to certify that, on July 11, 2005, I have served by first class mail, a copy of this document upon Eugene A. Rida, Jr., 80052-038, FCI Coleman, P.O. Box 1032, Coleman, FL 33521.

                                /s/ Jeffrey Auerhahn
                                JEFFREY AUERHAHN
                                Assistant U.S. Attorney