UNITED STATES DISTRICT COURT
1 COURTHOUSE WAY
BOSTON, MASS
02210

RE: U.S. VS. RIDA
    05-CV-11305
    2255 - DENIAL
    NOTICE OF APPEAL

HONORABLE JUDGE GORTON,                    7-11-06
U.S. ATTORNEY - MR. AVERHAHN,
PRO SE - CLERK,

PLEASE TAKE NOTICE THAT I FILE A "PRO SE"
NOTICE OF APPEAL OF A DENIAL OF MY
2255 MOTION IN THE ABOVE ENTITLED ACTION
AND HAVE SERVED NOTICE OF THIS APPEAL ON
ALL PARTIES.

PLEASE RESPOND WITH A RECEIPT OF THIS
NOTICE OF APPEAL AND A PRO SE APPEAL
PACKAGE TO HAVE COUNSEL APPOINTED TO PROCEED
WITH APPEAL....

                                    SINCERELY,
                                    Eugene Rida
CC: FILE                            EUGENE RIDA
                                    80052038
                                    BOX 8000 - MCKEAN
                                    BRADFORD, PA
                                    16701