**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 06-1647

UNITED STATES, ex rel Health Outcomes Technologies,
Plaintiff - Appellant,

HEALTH OUTCOMES TECHNOLOGIES,
Plaintiff,

v.

ST. LUKES HOSPITAL OF NEW BEDFORD; CHARLTON MEMORIAL
HOSPITAL; HALLMARK HEALTH CORPORATION,
Defendants,

WHIDDEN MEMORIAL HOSPITAL; MALDEN HOSPITAL:
LAWRENCE MEMORIAL HOSPITAL OF MEDFORD;
HALLMARK HEALTH SYSTEM, INC.,
Defendants - Appellees.

JUDGMENT

Entered: July 20, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: JUL 2 0 2006

By the Court:

Richard Cushing Donovan, Clerk

By: LYNNE ALIX MORRISON
      Appeals Attorney.

[cc: Messrs: Leviss, Hertz, Yelin, Letter, Kerester, Trujillo, Ward, DiSantis, Fee, Ms. Branda and Ms. Mayer]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11305-NMG

Rida v. United States of America
Assigned to: Judge Nathaniel M. Gorton
Related Case: 4:97-cr-40009-NMG
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 06/22/2005
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Eugene A. Rida, Jr.**     represented by **John H. LaChance**
John H. Lachance, Attorney at Law
600 Worcester Road
Suite 501
Framingham, MA 01701
508-879-5730
Fax: 508-879-2288
Email: jhlachance@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States of America**     represented by **Jeffrey Auerhahn**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3963
Email: jeffrey.auerhahn@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2005 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Eugene A. Rida, Jr.(Elefther, Elizabeth) (Entered: 06/23/2005) |
| 06/22/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Elefther, Elizabeth) (Entered: 06/23/2005) |
| 06/23/2005 | 2 | Summons Issued as to United States of America. 2255 Service Order issued. (Elefther, Elizabeth) (Entered: 06/23/2005) |
| 07/11/2005 | 3 | MOTION for Extension of Time to September 12, 2005 to File Answer re 1 Motion to Vacate/Set Aside/Correct Sentence (2255) by United States of America.(Auerhahn, Jeffrey) (Entered: 07/11/2005) |
| 07/13/2005 |  | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 3 Motion for Extension of Time to Answer (Nicewicz, Craig) (Entered: 07/13/2005) |
| 08/30/2005 | 4 | ANSWER to Complaint *Government's Response to Petitioner's Habeas Petition Pursuant to 28 USC 2255* by United States of America.(Auerhahn, Jeffrey) (Entered: 08/30/2005) |
| 06/29/2006 | 5 | Judge Nathaniel M. Gorton : ORDER entered. MEMORANDUM AND ORDER"In accordance with the foregoing, the Motion to Vacate, Set Aside or Correct Sentence (Docket No. 1) is DENIED and this petition for a writ of habeas corpus is DISMISSED."(Sonnenberg, Elizabeth) (Entered: 07/05/2006) |
| 07/13/2006 | 6 | NOTICE OF APPEAL as to 5 Memorandum & ORDER, by Eugene A. Rida, Jr. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/2/2006. (Sonnenberg, Elizabeth) Modified on 7/18/2006 (Sonnenberg, Elizabeth). (Entered: 07/13/2006) |