UNITED STATES DISTRICT COURT

APPELLANT - CASE NO. 06-2098
EUGENE A. RIDA JR - PRO-SE
     U.S.
UNITED STATES GOVERNMENT

FILED
CLERKS OFFICE
2006 AUG -4 P 2:26
DISTRICT COURT
DISTRICT OF MASS

Application for Cert. of Appealability

Comes now Appellant Eugene A. Rida Jr Pro-Se and respectfully submits the instant application and in support of which would state as follows

1) My original 2255 was filed henley to preserve the issue's because neither Blakely nor Booker had been declared retroactive at the time.

2) Consequently, those issues (Blakely) + (Booker) and the enhancements that they challenge, were not expounded upon.

3) The issue's I'm challenging are
A) Defendant was enhanced (4) four level's pursuant to U.S.S.G. 2A2.1(b)
a) over objection of trial counsel the enhancement based upon judicial fact finding by a preponderance of the evidence standard both of which were subsequently rejected by Supreme Court (Defendant did not then have the option of submitting this issue to a ~~the~~ jury on having the underlying

(2)

FACT'S EVALUATED AND DETERMINED ON THE REASONABLE DOUBT STANDARD

ACCORDINGLY EUGENE A. RIDA JR MOSE REQUEST'S THAT THIS COURT GRANT A (C.O.P.) CERT. OF APPEALABILITY

THANK YOU
EUGENE A. RIDA JR
F.C.I. MCKEAN 50052-38
BRADFORD PA.
P.O. BOX 8000
(6701)

REQUEST FOR C.O.P
CERTIFICATE OF APPEALABILITY,

No
06-2096    APPELLANT EUGENE A. RIVA JR PRO-SE
            US
         UNITED STATES