# United States Court of Appeals
## For the First Circuit

No. 06-2096
DC.No. 05-cv-11305

EUGENE A. RIDA, JR.,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

### ORDER OF COURT

Entered: August 7, 2006
Pursuant to 1st Cir. R. 27(d)

Treating appellant's financial affidavit, with attached prison trust account statement, as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: M. Rude  Date: 8/7/06

By the Court:
Richard Cushing Donovan, Clerk

**JULIE GREGG**

By:_____
Julie Gregg, Operations Manager

[Certified copies: Judge Gorton, Sarah Thornton, Clerk]
[cc: Eugene Rida Jr., John LaChance, Esq., Jeffrey Auerhahn, AUSA,
Dina Michael Chaitowitz, AUSA]

# UNITED STATES DISTRICT COURT

U.S COURT OF APPEALS   District of  1st CIRCUIT

EUGENE A. RIDA JR.

       Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CAP

V.

UNITED STATES OF AMERICA
       Defendant

CASE NUMBER: 06-2096

PRO SE

I, EUGENE A. RIDA JR. declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  F.C.I McKEAN  BRADFORD, PA.

   Are you employed at the institution? YES   Do you receive any payment from the institution? YES

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends             ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments      ☐ Yes   ☒ No
   e. Gifts or inheritances                            ☐ Yes   ☒ No
   f. Any other sources                                ☒ Yes   ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

*I received money from family (mother, father, sister's) for birth day's and Christmas of diffent amounts*

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   *None*

I declare under penalty of perjury that the above information is true and correct.

*July 30, 2006*  *Eugene A. Rida Jr*
Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# Inmate Statement

| | |  | |
|---|---|---|---|
| Inmate Reg #: | 80052038 | Current Institution: | Mckean FCI |
| Inmate Name: | RIDA, EUGENE | Housing Unit: | |
| Report Date: | 07/27/2006 | Living Quarters: | C03-221L |
| Report Time: | 2:48:13 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MCK | 7/26/2006 7:27:07 AM | 16 | | | Sales | ($55.35) | | $296.63 |
| MCK | 7/19/2006 7:32:35 AM | 15 | | | Sales | ($66.15) | | $351.98 |
| MCK | 7/15/2006 5:32:52 AM | 70162001 | | | Lockbox - CD | $200.00 | | $418.13 |
| MCK | 7/12/2006 8:23:08 AM | 43 | | | Sales | ($43.25) | | $218.13 |
| MCK | 7/10/2006 8:04:06 PM | ITS0710 | | | Phone Withdrawal | ($30.00) | | $261.38 |
| MCK | 7/7/2006 7:38:59 AM | FIPP0606 | | | Payroll - IPP | $10.56 | | $291.38 |
| MCK | 7/5/2006 11:26:39 AM | 124 | | | Sales | ($82.20) | | $280.82 |
| MCK | 7/4/2006 5:47:08 AM | 70161201 | | | Lockbox - CD | $100.00 | | $363.02 |
| MCK | 6/27/2006 4:36:06 PM | ITS0627 | | | Phone Withdrawal | ($30.00) | | $263.02 |
| MCK | 6/25/2006 5:34:16 AM | 70160602 | | | Lockbox - CD | $200.00 | | $293.02 |
| MCK | 6/20/2006 7:30:01 AM | 1580 | | | SPO - Released | | $62.40 | -------- |
| MCK | 6/20/2006 7:30:01 AM | 15 | | | Sales | ($127.35) | | $93.02 |
| MCK | 6/17/2006 9:10:08 AM | ITS0617 | | | Phone Withdrawal | ($25.00) | | $220.37 |
| MCK | 6/13/2006 7:40:14 AM | 25 | | | Sales | ($57.10) | | $245.37 |
| MCK | 6/8/2006 11:45:50 AM | 83 | | | Sales | $0.00 | | $302.47 |
| MCK | 6/8/2006 7:37:27 AM | FIPP0506 | | | Payroll - IPP | $5.25 | | $302.47 |
| MCK | 6/8/2006 7:36:24 AM | FIPP0506 | | | Payroll - IPP | $7.20 | | $297.22 |
| MCK | 6/6/2006 8:14:06 AM | 18 | | | Sales | ($25.65) | | $290.02 |
| MCK | 6/3/2006 8:59:32 AM | ITS0603 | | | Phone Withdrawal | ($30.00) | | $315.67 |
| MCK | 6/2/2006 1:58:56 PM | 1580 | | | SPO | | ($62.40) | -------- |
| MCK | 5/30/2006 11:31:53 AM | 86 | | | Sales | ($65.70) | | $345.67 |
| MCK | 5/29/2006 5:33:15 AM | 70158703 | | | Lockbox - CD | $300.00 | | $411.37 |
| MCK | 5/25/2006 11:43:19 AM | 1484 | | | SPO - Released | | $67.55 | -------- |
| MCK | 5/25/2006 11:43:19 AM | 66 | | | Sales | ($67.55) | | $111.37 |
| MCK | 5/24/2006 9:03:31 PM | ITS0524 | | | Phone Withdrawal | ($25.00) | | $178.92 |
| MCK | 5/19/2006 8:42:43 AM | 1484 | | | SPO | | ($67.55) | -------- |
| MCK | 5/16/2006 7:20:15 AM | 13 | | | Sales | ($74.95) | | $203.92 |
| MCK | 5/13/2006 9:18:17 AM | ITS0513 | | | Phone Withdrawal | ($30.00) | | $278.87 |
| MCK | 5/8/2006 5:35:17 AM | 70157203 | | | Lockbox - CD | $200.00 | | $308.87 |
| MCK | 5/2/2006 7:39:41 AM | 15 | | | Sales | ($63.95) | | $108.87 |
| MCK | 4/27/2006 8:29:31 PM | ITS0427 | | | Phone Withdrawal | ($30.00) | | $172.82 |
| MCK | 4/24/2006 7:58:52 AM | 25 | | | Sales | ($23.40) | | $202.82 |
| MCK | 4/24/2006 7:50:16 AM | 22 | | | Sales | ($155.85) | | $226.22 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MCK 1 | 4/22/2006 6:00:07 AM | TX042206 | | Transfer - In from TRUFACS | $382.07 | | $382.07 |
| | Total Transactions: 34 | | | | | | |
| | | | | | Totals: | $296.63 | $0.00 |

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MCK | $296.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $296.63 |
| Totals: | $296.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $296.63 |