MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-2096

EUGENE A. RIDA, JR.,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Lipez, <u>Circuit Judge</u>,
Stahl, <u>Senior Circuit Judge</u>,
and Howard, <u>Circuit Judge</u>.

JUDGMENT

Entered: March 2, 2007

    Petitioner Eugene Rida, Jr. requests a certificate of appealability ("COA") from the district court's denial of his 28 U.S.C. §2255 habeas corpus petition.

    After a thorough review of the record and of petitioner's submissions, petitioner's request for a COA is <u>denied</u>. The request fails to present a substantial showing or to raise a reasonably debatable argument that petitioner suffered a denial of a constitutional right. 28 U.S.C. §2253(c)(2); <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 336 (2003). We agree with the reasons stated by the district court in its denial of the §2255 motion and add that the Supreme Court's decision in United States v. Booker, 543 U.S. 220 (2005) is not retroactively applicable to cases on collateral review. <u>Cirilo-Muñoz v. United States</u>, 404 F.3d 527, 533 (1st Cir. 2005); <u>United States v. Fraser</u>, 407 F.3d 9, 11 (1st Cir. 2005).

    For the reasons set forth above, <u>petitioner's request for a</u>

certificate of appealability is denied, and the appeal is terminated.

                                  By the Court:

                                  Richard Cushing Donovan, Clerk.

                                          MARGARET CARTER

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

                                By: _____

**Richard Cushing Donovan, Clerk**

                                         Chief Deputy Clerk.

**Deputy Clerk**

**Date: 4/25/07**

[cc: Eugene Rida Jr., John LaChance, Esq., Jeffrey Auerhahn, AUSA, Dina Michael Chaitowitz, AUSA]